# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Beyond Nuclear, *et al.*, | ) | Case No. 16-cv-2641 |
| Plaintiffs, | ) | Judge _____ |
| -vs- | ) | |
| U.S. Department of Energy, *et al*, | ) | **AMENDED/CORRECTED MOTION FOR ADMISSION OF NON-MEMBER TO PRACTICE *PRO HAC VICE*** |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

\*          \*          \*          \*          \*

TO: Defendants U.S. Department of Energy; Ernest Moniz, Secretary; Monica C. Regalbuto, Assistant Secretary; David Huizenga, Assistant Deputy Administrator; and Jack R. Craig, Jr., SRS Manager

PLEASE TAKE NOTICE that upon the annexed Declaration of Plaintiffs' Counsel in support of this Motion, I hereby move the Court, pursuant to L.Civ.R. 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, for an Order allowing the admission of Terry Jonathan Lodge, a solo practitioner and a member in good standing of the Bar of the State of Ohio, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.

There are no pending disciplinary proceedings against declarant Terry Jonathan Lodge in

any State or Federal court.

August 12, 2016                                    /s/ Diane Curran
Diane Curran
Harmon, Curran, Spielberg
& Eisenberg, LLP
1725 DeSales Street NW, Suite 500
Washington, D.C. 20036
Tel: (240) 393-9285
Email: dcurran@harmoncurran.com

Sponsoring Counsel

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Beyond Nuclear, *et al.,* | ) | Case No. |
|   Plaintiffs, | ) | Judge _____ |
| -vs- | ) | **DECLARATION OF NON-MEMBER PLAINTIFF'S COUNSEL TO PRACTICE *PRO HAC VICE*** |
| U.S. Department of Energy, *et al*, | ) | |
|   Defendants. | ) | |
| | ) | |

\*              \*              \*              \*              \*

Now comes Terry Jonathan Lodge, putative counsel for Plaintiffs Beyond Nuclear, Nuclear Information and Resource Service, Savannah River Site Watch, Citizens for Alternatives to Chemical Contamination, Lone Tree Council, Sierra Club and Environmentalists, Inc., Plaintiffs herein, who, under penalties of perjury, declares as follows:

    (1) His full name is Terry Jonathan Lodge.

    (2) His office address and telephone number are

> 316 N. Michigan St., Suite 520
> Toledo, Ohio 43604
> (419) 255-7552

    (3) The bars to which declarant has been admitted:

> Supreme Court of Ohio (Sup. Ct. #0029271)
> U.S. Supreme Court
> U.S. Circuit Court for the Sixth Circuit

       U.S. Circuit Court for the Federal Circuit
       U.S. District Court, Northern District of Ohio
       U.S. District Court, Western District of Michigan
       U.S. District Court, Southern District of Ohio

(4) Declarant certifies that he has not been disciplined by any bar.

(5) Declarant previously appeared *pro hac vice* in this Court in 2008 in Julie Weiss, *et al.*, v. Dirk Kempthorne, Secretary, U.S. Department of the Interior, *et al.*, Case 1:08-cv-01400-EGS. Declarant has not appeared *pro hac vice* at any other time.

(6) Declarant does not engage in the practice of law from an office located in the District of Columbia, nor is he a member of the District of Columbia Bar, nor does he have an application for membership pending.

August 9, 2016
Date

Terry J. Lodge (Ohio S.C. #0029271)
316 N. Michigan St., Ste. 520
Toledo, Ohio 43604-5627
Phone: (419) 255-7552
Fax: (440) 965-0708
Email: lodgelaw@yahoo.com